

Christopher D. Johnson, SBN: 222698
Christopher Q. Pham, SBN: 206697
JOHNSON & PHAM, LLP
6355 Topanga Canyon Boulevard, Suite 115
Woodland Hills, California 91367
Telephone: (818) 888-1540
Facsimile: (818) 888-1544
Email: cpham@johnsonpham.com

Attorneys for Plaintiff
GURU DENIM, INC.

FILED
CLERK, U.S. DISTRICT COURT
MAR 31 2009
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority
Send
Clsd
Enter
JS-5/JS-6
JS-2/JS-3

**UNITED STATES DISTRICT COURT FOR THE**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GURU DENIM, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEVIN SCOTT, an Individual; ASAF AZARIA, an Individual; AIRYHD LLC, a New York Business Entity of Unknown Status; POPDENIM.COM, a New York Business Entity of Unknown Status; STUDIOBCLOTHING.COM, a New York Business Entity of Unknown Status; and Does 1-20, Inclusive<br><br>Defendants. | **CASE NO. CV08-1412-SVW (CWx)**<br><br>**~~[PROPOSED]~~ CONSENT JUDGMENT AND PERMANENT INJUNCTION** |

///

///

Plaintiff GURU DENIM, INC. and Defendants ASAF AZARIA, an Individual; AIRYHD LLC, a New York Business Entity of Unknown Status; POPDENIM.COM, a New York Business Entity of Unknown Status; and STUDIOBCLOTHING.COM, a New York Business Entity of Unknown Status, having consented to entry of this Consent Judgment and Permanent Injunction, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

Judgment is hereby entered in favor of Plaintiff and against Defendants on Plaintiff's First Claim for Federal Trademark Infringement [15 *U.S.C.* §1114/*Lanham Act* §43(a)]; on Plaintiff's Second Claim for Federal Copyright Infringement [17 *U.S.C.* §501(a)]; on Plaintiff's Third Claim for False Designation of Origin [15 *U.S.C.* §1125(a)]; on Plaintiff's Fourth Claim for Trademark Dilution [15 *U.S.C.* §1125(c); *California Business & Professions Code* §14330]; on Plaintiff's Fifth Claim for Common Law Copyright Infringement [*California Civil Code* §980]; on Plaintiff's Sixth Claim for Unfair Business Practices [*California Business & Professions Code* §17200]; and on Plaintiff's Seventh Claim for Unjust Enrichment.

**STIPULATED FACTS**

Plaintiff and Defendants, as well as their agents, servants, employees, attorneys, successors and assigns, and all those persons in active concert or participation with them hereby stipulate to the following facts as true and correct:

(a) Plaintiff owns a registered United States trademark for the "True Religion Brand Jeans World Tour Fashion for the Senses Section Row Seat" label and corresponding artwork under U.S. Reg. No. 2,917,187, registered January 11, 2005.

(b). Plaintiff owns registered United States trademarks in the pocket stitching pattern that appears on True Religion Brand Jeans pants and the overall stitching pattern on the front of True Religion Brand Jeans pants under U.S. Reg.

No. 3,147,244, registered September 16, 2006, and under U.S. Reg. No. 3,219,110, registered March 13, 2007.

(c). Plaintiff owns 4 registered United States trademarks in the word mark "True Religion Brand Jeans," with assorted designs, characters and artwork (hereinafter, "the Designs") under the following registration numbers: U.S. Reg. No. 2,761,793, registered September 9, 2003; U.S. Reg. No. 3,120,797, registered July 25, 2006; U.S. Reg. No. 3,120,798, registered July 25, 2006; U.S. Reg. No. 3,282,490, registered August 21, 2007.

(d). Plaintiff owns registered United States trademarks in the word mark "True Religion," under U.S. Reg. No. 3,162,615, registered October 24, 2006; and under U.S. Reg. No. 3,162,614, registered October 24, 2006. Additionally, recently on January 13, 2009, Plaintiff obtained further marks under U.S. Reg No. 3,561,710; 3,561,465; 3,561,466; and 3,561,705. All registered trademarks are hereinafter collectively referred to as the "Mark."

(e). Plaintiff owns two United States Copyrights for the True Religion Brand Jeans Designs under Certificate of Registration number VA 1-192-834, effective date of February 6, 2003, and Certificate of Registration number VA 1-301-845, effective date of April 13, 2005.

(f). Plaintiff owns an additional United States Copyright in the "truereligionbrandjeans.com" website under Certificate of Registration number TX 6-236-806, effective date of June 1, 2005.

(g). Plaintiff owns a United States Design Patent for the stitch pattern applied to True Religion Brand Jeans pants under United States Patent No. D547530, issued July 31, 2007.

(h). Plaintiff also owns registered trademarks in the True Religion Brand Jeans Mark and Designs in the following foreign countries or territories: Canada, United Kingdom, European Union, Germany, Australia, Japan, Korea, Mexico,

Colombia, Hong Kong, Korea, Norway, Russia, South Africa and Paraguay.

(i). Defendants marketed, advertised, promoted, distributed, and sold counterfeit True Religion Brand Jeans denim pants in the stream of commerce, which infringed on Plaintiff's trademarks and copyrights.

(j). Plaintiff agrees not to report or record this judgment with any credit reporting agency.

**PERMANENT INJUNCTION**

Defendants, as well as their agents, servants, employees, attorneys, successors and assigns, and all those persons in active concert or participation with them hereby are permanently enjoined from engaging in, committing, or performing, directly or indirectly, all of the following acts:

a. using in any manner in connection with Defendants' business or in connection with any other advertising, promotions, solicitations or use for such business, services, or goods bearing the trademarks, trade names, and the copyrights of Plaintiff;

b. performing or allowing any act or thing which is likely to injure Plaintiff's business reputation or good will;

c. engaging in federal or state copyright and trademark infringement, false designation of origin, unfair competition, and dilution by tarnishment, which would damage or injure Plaintiff; and

d. using the Internet, world wide web, or any other domain name to advertise, promote, or sell items bearing the trademarks, trade names, and the copyrights of Plaintiff, or any confusingly similar mark such as the names, marks, and/or trade dress relating to the trademarks, trade names, and the copyrights of Plaintiff or any colorable imitations thereof.

## MONETARY JUDGMENT

Defendants shall be jointly and severally liable to Plaintiffs for the monetary judgment of Eleven Thousand Five Hundred Dollars ($11,500.00), which shall be payable, in certified funds, and delivered to "Johnson & Pham, LLP" by no later than February 2, 2009.

Except as set forth in any separate written agreement between the parties, each party shall bear its own costs, expenses, disbursements and attorneys' fees incurred to date.

## FORFEITURE OF CONTERFEIT PRODUCTS

Defendants, as well as their agents, servants, employees, attorneys, successors and assigns, and all those persons in active concert or participation with them, shall further relinquish any and all rights and claims in the Registered Marks and Copyrights to Plaintiff, and, within ten (10) days of mutual execution of this Agreement, Defendants shall deliver to Johnson & Pham, LLP all products, clothing items, and/or garments with the Registered Marks and Copyrights currently in Defendants' possession, custody and/or control.

The Central District of California shall reserve and retain jurisdiction as to any and all disputes arising out of this Consent Judgment and Permanent Injunction by and between Plaintiffs and Defendants.

**IT IS SO ORDERED, ADJUDGED AND DECREED.**

Dated: March 26, 2009

By: [signature]
Honorable Stephen V. Wilson
Judge of the United States District Court for the Central District of California

AGREED AND STIPULATED AS TO FORM AND CONTENT:

**Dated: January 26, 2009** **JOHNSON & PHAM, LLP**

By: ______________________
CHRISTOPHER Q. PHAM, ESQ.
Attorney for Plaintiff
GURU DENIM, INC.

**DATED: January ___, 2009** **LAW OFFICE OF ROBERT WEISS**

By: ______________________
ROBERT ACKERMAN
Attorney for Defendants
ASAF AZARIA; AIRYHD LLC; and STUDIOBCLOTHING.COM

**DATED: January ___, 2009** **AIRYHD LLC**

By: ______________________
ASAF AZARIA for Airyhd, LLC (Signature)

______________________
(Title)

**DATED: January ___, 2009** **STUDIOBCLOTHING.COM**

By: ______________________
ASAF AZARIA for Studiobclothing.com (Signature)

______________________
(Title)

AGREED AND STIPULATED AS TO FORM AND CONTENT:

**Dated: January ___, 2009**

**JOHNSON & PHAM, LLP**

By: ____________________
CHRISTOPHER Q. PHAM, ESQ.
Attorney for Plaintiff
GURU DENIM, INC.

**DATED: January 27, 2009**

**LAW OFFICE OF ROBERT WEISS**

By: ____________________
ROBERT ACKERMAN
Attorney for Defendants
ASAF AZARIA; AIRYHD LLC; and
STUDIOBCLOTHING.COM

**DATED: January 27, 2009**

**AIRYHD LLC**

By: ____________________
ASAF AZARIA for Airyhd, LLC (Signature)

Secd.
____________________
(Title)

**DATED: January 29, 2009**

**STUDIOBCLOTHING.COM**

By: ____________________
ASAF AZARIA for Studiobclothing.com
(Signature)

Sect.
____________________
(Title)

DATED: January 29, 2009

By: ______________________
ASAF AZARIA, Individually (Signature)